IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICHOLAS FUNARI, SR.,**  Plaintiff,  *v.*  **MICHAEL FUNARI, et al.**,  Defendants. | **CIVIL ACTION**  **NO. 2:19-cv-02833-KSM** |

**ORDER**

**AND NOW**, this 31st day of March, 2022, for the reasons discussed in the accompanying Memorandum, the Court finds as follows:

1. Upon consideration of Defendants' Motion for Judgment on the Pleadings (Doc. No. 21) and Plaintiff's opposition brief (Doc. No. 22), it is **ORDERED** that the motion is **DENIED.**

2. Upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 55), Plaintiff's opposition brief (Doc. No. 59), Defendants' reply brief (Doc. No. 65), and Plaintiff's surreply brief (Doc. No. 66), it is **ORDERED** that the motion is **DENIED.**

3. Upon consideration of Plaintiff's Motion for Partial Summary Judgment (Doc. No. 62), Defendants' opposition brief (Doc. No. 67), and Plaintiff's reply brief (Doc. No. 70), it is **ORDERED** that the motion is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.